FILED'06 JUL 17 14:02USDC-ORP

Martin J. McKeown, OSB #75252
mjmckeown@callatg.com
Martin J. McKeown, P.C.
P.O. Box 11650
Eugene, Oregon 97440
(541) 683-6235
Fax (541) 683-0682
Attorney for Plaintiff Mitchell

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **MICHAEL D. MITCHELL,** ) | Civil Action No.    02-6240-ST |
| Plaintiff, ) | |
| v. ) | |
| **JO ANNE B. BARNHART** ) Commissioner, ) Social Security Administration ) | |
| Defendant. ) | **ORDER** |

Attorney fees in the amount of $4,500.00 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. §406(b). The court finds that this is a reasonable fee in light of all circumstances present in this case (and indeed the court believes the attorney's services are easily worth at least twice that much). When issuing the §406(b) check for payment to Plaintiff's attorney herein, the agency is directed to subtract the applicable user fee.

DATED this _17th_ day of _July_, 2006.

_____
United States District/Magistrate Judge

Presented by:
_____
Martin J. McKeown, OSB #75252
(541) 683-6235
Attorney for Plaintiff

Page 1 - Order (Civ. Act. No. 02-6240-ST)